IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Phillips, Rita P | Case Number: 04 B 44484 |
|---|---|---|
| | | Judge: Wedoff, Eugene R |
| | Printed: 03/03/09 | Filed: 12/2/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:     Dismissed: January 8, 2009
Confirmed:  March 3, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 25,800.00 | |
| Secured: | | 11,264.26 |
| Unsecured: | | 7,222.99 |
| Priority: | | 3,290.93 |
| Administrative: | | 2,700.00 |
| Trustee Fee: | | 1,321.82 |
| Other Funds: | | 0.00 |
| Totals: | 25,800.00 | 25,800.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,700.00 | 2,700.00 |
| 2. | Resurgent Capital Services | Secured | 11,264.26 | 11,264.26 |
| 3. | Internal Revenue Service | Priority | 4,943.92 | 3,290.93 |
| 4. | Resurgent Capital Services | Unsecured | 8,702.30 | 5,570.00 |
| 5. | Pay Day Advance Cash To Go | Unsecured | 149.59 | 0.00 |
| 6. | City Of Chicago Dept Of Revenue | Unsecured | 210.50 | 0.00 |
| 7. | Internal Revenue Service | Unsecured | 1,381.64 | 1,652.99 |
| 8. | Americash Loans, LLC | Unsecured | 37.18 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 114.10 | 0.00 |
| 10. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 11. | Internal Revenue Service | Priority | | No Claim Filed |
| 12. | Internal Revenue Service | Priority | | No Claim Filed |
| 13. | Internal Revenue Service | Priority | | No Claim Filed |
| 14. | USA Payday Loans | Unsecured | | No Claim Filed |
| 15. | Chicago Tribune | Unsecured | | No Claim Filed |
| 16. | Cingular Wireless | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Credit Protection Association | Unsecured | | No Claim Filed |
| 19. | Commonwealth Edison | Unsecured | | No Claim Filed |
| 20. | Heartland Bank | Unsecured | | No Claim Filed |
| 21. | Linebarger Goggan Blair Pena & Samp | Unsecured | | No Claim Filed |
| 22. | New Frontier | Unsecured | | No Claim Filed |
| 23. | Northwestern Memorial Hospital | Unsecured | | No Claim Filed |
| 24. | City of Chicago Ambulance | Unsecured | | No Claim Filed |
| 25. | PFF Emergency Services | Unsecured | | No Claim Filed |
| 26. | Midland Credit Management | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Phillips, Rita P | Case Number: 04 B 44484 |
|---|---|
| | Judge: Wedoff, Eugene R |
| Printed: 03/03/09 | Filed: 12/2/04 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | TCF Bank | Unsecured | | No Claim Filed |
| 28. | The Children's Memorial Medical Center | Unsecured | | No Claim Filed |
| 29. | One Iron Ventures | Unsecured | | No Claim Filed |
| 30. | The Children's Memorial Medical Center | Unsecured | | No Claim Filed |
| | | | $ 29,503.49 | $ 24,478.18 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 4% | 108.00 |
| 3% | 54.00 |
| 5.5% | 297.00 |
| 5% | 90.00 |
| 4.8% | 172.81 |
| 5.4% | 405.00 |
| 6.5% | 195.00 |
| 6.6% | 0.01 |
| | $ 1,321.82 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by: